# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VONERIC MILLER, AIS # 258146,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 17-0331-CG-M |
| **JUDGE JOHNSTONE,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED, with one exception described below, as the opinion of this Court.

Plaintiff's objection correctly points out that at page 5 of the Report and Recommendation, the Magistrate Judge described then pending charges as " three first degree burglary charges" when the complaint clearly refers to them as first degree robbery charges. This Court finds that they were first degree robbery charges based on the complaint, and amends the facts cited by the Magistrate Judge accordingly. Otherwise, Plaintiff's objections are **OVERRULED**.

Additionally, after the Report and Recommendation issued, Plaintiff was apparently released from custody and filed a one-sentence amendment to his

complaint alleging a claim of "kidnapping" against the State of Alabama Probation Office and the U.S. Probation Office in this district, alleging that each was continuing to hold him against his will. The amendment is futile because the reasoning of the Report and Recommendation, as adopted by the Court, applies equally to the new allegation as it does to those of the original complaint.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** and **ORDERED** this 21st day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE