# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VONERIC MILLER, AIS # 258146, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 17-0331-CG-M |
| JUDGE JOHNSTONE, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** and **ORDERED** this 21st day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE